**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6484**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

YOUNES SAIED DARRAJ,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, Senior District Judge.  (1:19-cr-00154-LO-1)

Submitted:  October 31, 2023                          Decided:  November 3, 2023

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Younes Saied Darraj, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Younes Saied Darraj appeals the district court's order denying his motion for early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *United States v. Darraj*, No. 1:19-cr-00154-LO-1 (E.D. Va. Apr. 14, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2